UNITED STATES BANKRUPTCY COURT
WAW-WESTERN DISTRICT OF WASHINGTON

In re:
    Michael G Capdeville
    Susan E Capdeville
        Debtor(s)

Case No. 11-14381-MLB

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

    K. Michael Fitzgerald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/15/2011.

2) The plan was confirmed on 07/22/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/11/2013, 08/22/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/08/2013, 05/08/2013, 05/08/2013, 06/11/2014, 06/11/2014, 04/02/2015, 04/05/2016.

5) The case was completed on 12/21/2016.

6) Number of months from filing to last payment: 68.

7) Number of months case was pending: 78.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $116,011.22.

10) Amount of unsecured claims discharged without payment: $34,571.99.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $289,588.77 |
| Less amount refunded to debtor | $2,975.19 |

**NET RECEIPTS:** $286,613.58

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,459.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $13,110.88 |
| Other | $176.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $16,745.88

Attorney fees paid and disclosed by debtor: $41.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United States Trustee | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advantage Assets II | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advantage Assets II Inc | Unsecured | 5,718.00 | 0.00 | 5,718.95 | 5,718.95 | 0.00 |
| Ally Financial | Unsecured | 0.00 | 0.00 | 3,697.46 | 3,697.46 | 0.00 |
| Associated Recovery Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bishop White Marshall & Weibel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bishop, White, Marshall & Weibel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Boeing Company | Unsecured | 1,833.34 | 0.00 | 1,833.84 | 1,833.84 | 0.00 |
| Boeing Employee CR Union | Secured | 17,605.00 | 17,108.04 | 18,811.04 | 10,594.25 | 1,709.09 |
| Capital Management Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank SD NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank USA/Home Depot | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa/Home Depot | Unsecured | 5,718.00 | NA | NA | 0.00 | 0.00 |
| David B. Schmacher, Attorney | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| David B. Schmacher, Attorney | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial | Unsecured | 6,002.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 2,970.00 | 0.00 | 2,970.67 | 2,970.67 | 0.00 |
| eCast Settlement Corp | Unsecured | 11,130.00 | 0.00 | 11,130.39 | 11,130.39 | 0.00 |
| eCast Settlement Corp | Unsecured | 1,880.00 | 0.00 | 1,880.22 | 1,880.22 | 0.00 |
| G M A C | Unsecured | 3,697.00 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,282.00 | 0.00 | 6,282.00 | 6,282.00 | 0.00 |
| ISLAND CO TREASURER | Secured | 2,168.76 | 0.00 | 1,229.76 | 1,229.76 | 12.30 |
| ISLAND CO TREASURER | Secured | 0.00 | 0.00 | 11,843.99 | 11,843.99 | 76.50 |
| ISLAND CO TREASURER | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| K Michael Fitzgerald | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LTD FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,324.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 2,311.00 | 0.00 | 2,311.29 | 2,311.29 | 0.00 |
| Midland Credit Management Inc | Unsecured | 0.00 | 0.00 | 1,324.06 | 1,324.06 | 0.00 |
| Midland Credit Management Inc | Unsecured | 14,717.00 | 0.00 | 3,213.54 | 3,213.54 | 0.00 |
| Midland Credit Management Inc | Unsecured | 15,388.00 | 0.00 | 15,388.98 | 15,388.98 | 0.00 |
| Moneytree | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| Moneytree Inc | Unsecured | 820.00 | 0.00 | 1,639.45 | 1,639.45 | 0.00 |
| MRS Associates Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pacific Northwest Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pacific Northwest Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 765.00 | 0.00 | 765.62 | 765.62 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 1,178.00 | 0.00 | 1,178.07 | 1,178.07 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 3,213.00 | 0.00 | 14,717.46 | 14,717.46 | 0.00 |
| Reinisch MacKenzie PC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| Reinisch MacKenzie PC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| Sam's Club | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears/Cbsd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stephen J Garvey | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Susan E Capdeville | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suttell & Hammer, PS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Assoc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Weinstein and Riley PS | Unsecured | 4,030.00 | 0.00 | 4,095.94 | 4,095.94 | 0.00 |
| Wells Fargo Bank NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 0.00 | 17,382.78 | 17,382.78 | 17,382.78 | 0.00 |
| Wells Fargo Bank NA | Secured | 1,009.86 | 313.54 | 627.08 | 627.08 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 1,772.00 | 0.00 | 1,772.42 | 1,772.42 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 6,856.00 | 0.00 | 6,856.75 | 6,856.75 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 17,010.99 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial WA 1 Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL WA 1 INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial Washington 1 Inc | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Financial Washington 1 Inc | Secured | 0.00 | 5,145.67 | 8,559.45 | 8,559.45 | 0.00 |
| Wells Fargo Financial Washington 1 Inc | Secured | 0.00 | 315,795.77 | 122,101.41 | 122,101.41 | 0.00 |
| Worldmark by Wyndham | Secured | 9,827.00 | 10,312.80 | 3,780.26 | 3,780.26 | 4,374.66 |
| Worldmark by Wyndham | Unsecured | 0.00 | 0.00 | 799.06 | 799.06 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $139,484.19 | $139,484.19 | $0.00 |
| Mortgage Arrearage | $9,186.53 | $9,186.53 | $0.00 |
| Debt Secured by Vehicle | $18,811.04 | $10,594.25 | $1,709.09 |
| All Other Secured | $13,073.75 | $13,073.75 | $88.80 |
| **TOTAL SECURED:** | **$180,555.51** | **$172,338.72** | **$1,797.89** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,282.00 | $6,282.00 | $0.00 |
| **TOTAL PRIORITY**: | **$6,282.00** | **$6,282.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$85,074.43** | **$85,074.43** | **$4,374.66** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $16,745.88 |
| Disbursements to Creditors | $269,867.70 |
| **TOTAL DISBURSEMENTS** : | **$286,613.58** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/16/2017     By: /s/ K. Michael Fitzgerald
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**